ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| Selevive Group, LC | ) | ASBCA Nos. 63292, 63293 |
| | ) | |
| Under Contract No. W91QF4-21-P-0023 | ) | |

APPEARANCES FOR THE APPELLANT:     Nicole D. Pottroff, Esq.
                                   Shane J. McCall, Esq.
                                   John L. Holtz, Esq.
                                   Stephanie L. Ellis, Esq.
                                   Greg P. Weber, Esq.
                                     Koprince McCall Pottroff LLC
                                     Falls Church, VA

APPEARANCES FOR THE GOVERNMENT:    Scott N. Flesch, Esq.
                                     Army Chief Trial Attorney
                                   MAJ Chris C. Walton, JA
                                   Dana J. Chase, Esq.
                                   CPT Camille J. Grathwohl, JA
                                     Trial Attorneys

ORDER OF DISMISSAL

By letter dated November 4, 2022, the appellant submitted a notice of voluntary withdrawal and requested dismissal of the appeals without prejudice. The government has stated it has no objections. These appeals are dismissed from the Board's docket without prejudice.

Dated: November 17, 2022

LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63292, 63293, Appeals of Selevive Group, LC, rendered in conformance with the Board's Charter.

Dated: November 17, 2022

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals